FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV -7 2016
ARTHUR JOHNSTON
BY ______ DEPUTY

Harris 66634
(Last Name) (Identification Number)

Pierre Martise
(First Name) (Middle Name)

Raymond Detention Center
(Institution)

1450 County Farm Rd
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:16cv871-HTW-LRA
(to be completed by the Court)

Victor Mason

Mary Rushing

Travis Crain

______________________

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Pierre Harris Prisoner Number: 66634

Address: 1450 County Farm Rd Raymond ms. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Travis Crain is employed as Captain at Raymond Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Pierre Harris | 1450 County Farm Rd. Raymond ms 39154 |
| Pierre Harris | 1004 Amherst St. Clinton ms 39056 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Victor Mason | 1450 County Farm Rd Raymond ms 39154 |
| Mary Rushing | 1450 County Farm Rd Raymond ms 39154 |
| Travis Crain | 1450 County Farm Rd Raymond ms 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________________

4. Name of judge to whom case was assigned:________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________________________

CASE NUMBER 2.

1. Parties to the action:________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________________

4. Name of judge to whom case was assigned:________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

During my 12 months incarcerated. I've been in cells where the light fixtures don't work (dark) all day. No tables in the cell to eat on or sit. I eat standing up. cell toilets are leaking. Showers have mold on the ceilings. no lights in showers. Panic button (speaker) don't work in case of emergencies. On Oct. 17, 2016. Capt. Crain entered my cell + deliberately assaulted me without any other deputies to witness. I was tazed, beat with a flash light while I was restrained by hand cuffs. Zone D 4552 it occured. I've no medical attention (Also i've been here 11 months without indictment. Held unlawfully. Due process.) Since that date. Camera's view him walking in my cell in certain. Road crew deputies also have assaulted me on occassions. Name's I don't know. I'm terrified and uncomfortable here

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for loss wages, Hardships, family pain and sufferings under these conditions. I want my accusers to be brung to justice for the assaults + facial scarring's i've accumulated due to the attacks. My left knee I want repaired, due to an attack dated above as well as my teeth.

Signed this 1 day of November, 20 16.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Pierre Harris
Signature of plaintiff